UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VENCINE TIMONE HADLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE PATROL, et al., <br><br> Defendants. | CASE NO. C23-5776 BHS <br><br> ORDER |

THIS MATTER is before the Court on Plaintiffs' motion for extension of time, Dkt. 8. Plaintiffs seek to extend their response date on Defendants' motion to dismiss, Dkt. 7, from October 20 to November 3. Defendants do not object. Dkt. 9. The motion for an extension of time is **GRANTED** and the defendants' motion to dismiss is **RE-NOTED** for November 10, 2023.

**IT IS SO ORDERED**.

//

//

//

ORDER - 1

1  Dated this 24th day of October, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2