

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| VENCINE HADLEY and MARY FLO HORAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON STATE PATROL, et al., <br><br> Defendants. | NO. 3:23-cv-05776-BHS <br><br> ORDER GRANTING MOTION TO COMPEL |

THIS MATTER is before the Court on defendants' motion to compel plaintiffs' discovery responses, Dkt. 20. Defendants assert that plaintiffs Hadley and Horan have failed to respond to their July 3, 2024, discovery. Plaintiffs have not responded to the motion.

The motion is GRANTED. Plaintiffs shall fully respond to the pending discovery by Friday, October 11, 2024. If they do not, they may face sanctions up to and including fees or dismissal.

IT IS SO ORDERED.

ORDER

Dated this 30th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER