THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VENCINE HADLEY and MARY FLO HORAN,<br>Plaintiffs,<br>vs.<br>WASHINGTON STATE PATROL, Chief John Bastiste, Officer Austin Moore; Cowlitz Indian Tribal Police Public Safety Department and its director; Cowlitz Indian Tribe; John and Jane Doe; Trooper Evan Tippets, Trooper Joshua Bacheller individually and in their official capacity,. | NO. 3:23-cv-05776-BHS<br><br>ORDER ON MOTION FOR ADDITIONAL TIME<br><br>NOTING DATE November 29, 2024 |

Based upon the pleadings and review of the file, Plaintiffs' motion for additional time is **GRANTED** and their response will be due December 13, 2024.

Dated: November 21, 2024

_____
Honorable Judge Benhamin Settle

ORDER ON MOTION FOR ADDITIONAL TIME

Josephine C. Townsend
Attorney At Law WSBA 31965
1920 Broadway Street
Vancouver WA 98663
www.JCTownsend.com
360-694-7601

1  Presented this November 19, 2024

2                                                      */s/ Josephine C. Townsend*
                                                     Josephine C. Townsend, WSBA#31965

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER ON MOTION FOR ADDITIONAL TIME                               Josephine C. Townsend
                                                                                                         Attorney At Law WSBA 31965
                                                                                                                                         1920 Broadway Street
                                                                                                                                          Vancouver WA 98663
                                                                                                                                       www.JCTownsend.com
                                                                                                                                              360-694-7601

**CERTIFICATE OF SERVICE**

The attached pleading was served upon the following Persons in the following manner:

| Name/Address/E-mail | Manner |
|---|---|
| Counsels for Defendants | Electronic Court Service |
|  |  |

Signed this November 19, 2024   at Vancouver Washington


*/s/ Josephine C. Townsend*
  Josephine C. Townsend, Esq. WSBA 31965

ORDER ON MOTION FOR ADDITIONAL TIME

Josephine C. Townsend
Attorney At Law WSBA 31965
1920 Broadway Street
Vancouver WA 98663
www.JCTownsend.com
360-694-7601