The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| VENCINE HADLEY and MARY FLO HORAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON STATE PATROL, Chief John Bastiste, Officer Austin Moore; Cowlitz Indian Tribal Police Public Safety Department and its director; Cowlitz Indian Tribe; John and Jane Doe; Trooper Evan Tippets, Trooper Joshua Bacheller individually and in their official capacity,<br><br>Defendants. | NO. 3:23-cv-05776<br><br>ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>NOTING DATE: JANUARY 2, 2025 |

THIS MATTER coming on for hearing on defendants WASHINGTON STATE PATROL, CHIEF JOHN BATISTE, TROOPER JOSHUA BACHELLER, and TROOPER EVAN TIPPETS' ("State Defendants") Motion for Extension of Time to File Reply Brief, State Defendants appearing by ROBERT W. FERGUSON, Attorney General, and BRENDAN LENIHAN, Assistant Attorney General, and Plaintiffs VENCINE HADLEY and MARY FLO

ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

HORAN by their attorney JOSEPHINE C. TOWNSEND, and the court considered the records and files herein, including:

1. State Defendants' Motion for Extension of Time to File Reply Brief;

and being fully advised; now, therefore,

IT IS HEREBY ORDERED that State Defendants' Motion for Extension of Time to File Reply Brief is **GRANTED**. Considering court closures for the holidays, the deadline for State Defendants Reply Brief is moved to December 26, 2024.

DONE this 20th day of December, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/Brendan Lenihan*
BRENDAN LENIHAN
WSBA No. 56066
Assistant Attorney General
Attorney for Defendants

Approved as to form and notice of presentation waived:

TOWNSEND LAW, PLLC

_____
JOSEPHINE TOWNSEND
WSBA No. 31965
Attorney for Plaintiffs

ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300